UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-cv-22062-JLK

ANGELICA GUTIERREZ and
other similarly situated individuals,

    Plaintiff(s),
v.

EL TORO LOCO CHURRASCARIA 8ST. LLC,
a Florida Corporation, EL TORO LOCO
CHURRASCARIA, LLC, a Florida Corporation,
MARIA ESPINOSA, JESSICA GONZALEZ,
ALDO ESPINOSA, individually,

    Defendants.
_____/

## FINAL JUDGMENT

THIS MATTER comes before the Court upon Defendants' Notice of Service and Acceptance of Defendants' Rule 68 Offer of Judgment (the "Notice") (DE 21) filed January 7, 2022. The parties have agreed to a final judgment and amount for Plaintiff but have not agreed on Plaintiff's attorneys' fees. *See* Notice.

Pursuant to the Eleventh Circuit Court of Appeals' holding in *Lynn's Food Stores*, the Court reviews settlement agreements to ensure a "fair and reasonable resolution of a bona fide dispute." *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1352-53 (11th Cir. 1982). Upon consideration of the Offer of Judgment and Acceptance (DE 21-1, 21-2) and the Notice, the Court finds that the agreement is fair and reasonable.

Accordingly, after a careful review of the record and the Court being otherwise advised in the premises, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that **FINAL JUDGMENT** be entered in favor of Plaintiff ANGELICA GUTIERREZ against Defendants EL TORO LOCO CHURRASCARIA 8ST. LLC, EL TORO LOCO CHURRASCARIA LLC, MARIA ESPINOSA,

JESSICA GONZALEZ, and ALDO ESPINOSA in the amount of $3,702.80. The offer of judgment be, and the same is, hereby **APPROVED.** The Clerk of Court shall **CLOSE** this case. The Court shall retain jurisdiction over this matter for the purposes of attorneys' fees and costs.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 10th of January, 2022.

                                                 JAMES LAWRENCE KING
                                                 U.S. DISTRICT JUDGE
                                                 SOUTHERN DISTRICT OF FLORDIA

**Cc:**     **All Counsel of Record**
            **Magistrate Judge Jacqueline Becerra**