UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cv-22062-JLK/BECERRA

ANGELICA GUTIERREZ and
other similarly situated individuals,

    Plaintiff(s),

v.

EL TORO LOCO CHURRASCARIA 8ST. LLC,
EL TORO LOCO CHURRASCARIA, LLC,
MARIA ESPINOSA, JESSICA GONZALEZ,
And ALDO ESPINOSA,

    Defendants.
_____/

**ORDER GRANTING IN PART AND DENYING IN PART
PLAINTIFF'S MOTION FOR ATTORNEYS' FEES & COSTS**

THIS CAUSE is before the Court on the August 9, 2022 Report and Recommendation ("R&R") (DE 31) of Magistrate Judge Jacqueline Becerra. No objections were filed and the time to do so has passed.

The R&R recommends granting in part and denying in part Plaintiff's Motion for Attorneys' Fees and Costs (DE 23). R&R at 1–2. Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Becerra's well-reasoned R&R accurately states the law of the case.

Therefore, it is **ORDERED, ADJUDGED and DECREED** that:

1. Magistrate Judge Jacqueline Becerra's Report and Recommendation **(DE 31)** be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court;

2. Plaintiff's Motion for Attorneys' Fees and Costs **(DE 48)** is hereby **GRANTED IN PART AND DENIED IN PART** consistent with the Report and Recommendation; and

3. Plaintiff shall recover **$9,768.00** in attorneys' fees and **$537.00** in costs, for a total of **$10,305.00**.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 23rd day of August, 2022.

                JAMES LAWRENCE KING
                UNITED STATES DISTRICT JUDGE

cc: **All Counsel of Record**
     **Magistrate Judge Jacqueline Becerra**